Honorable Samuel J. Steiner
Chapter 7
Hearing Date:  December 2, 2005
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 8206
**Response Date:  December 2, 2005**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

STEPHEN H. FISHBURN and
LISA K. FISHBURN,

                              Debtors.

No.  04-23129-SJS

ORDER ON MOTION TO VACATE
DISCHARGE RE AMERIQUEST
MORTGAGE FOR THE PUSPOSES OF
ALLOWING A REAFFIRMATION

THIS MATTER having come on for hearing before this court on Debtors' Motion to

Vacate Discharge re Ameriquest Mortgage pursuant to FRCP 60(b); the Court having

reviewed the records and files herein; now, therefore, the Court finds that good cause exists to

enter this order, now, therefore it is hereby

ORDERED that the discharge re Ameriquest Mortgage is hereby VACATED for the

purposes of allowing a reaffirmation.

DATED this _____ day of December, 2005.

_____
The Honorable Samuel J. Steiner
United States Bankruptcy Judge



CROCKER KUNO
OSTROVSKYLLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1853
P) 206-624-9894
F) 206-624-8598

ORDER ON MOTION TO VACATE DISCHARGE
RE AMERIQUEST MORTGAGE - 1

Presented by:

CROCKER KUNO OSTROVSKY LLC


By____/s/ Christina Latta_____
       Christina Latta, WSBA #31273
Attorneys for Debtors

CROCKER KUNO
OSTROVSKY LLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1853
P) 206-624-9894
F) 206-624-8598