Honorable Samuel J. Steiner
Chapter 7
Hearing Date: December 2, 2005
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 8206
**Response Date: December 2, 2005**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | No. 04-23129-SJS |
|---|---|
| STEPHEN H. FISHBURN and<br>LISA K. FISHBURN,<br><br>Debtors. | DECLARATION IN SUPPORT OF<br>MOTION TO VACATE DISCHARGE RE<br>AMERIQUEST MORTGAGE |

Christina Latta, declares as follows:

1. I am a lawyer admitted to practice before this Court and a lawyer with the firm of Crocker Kuno Ostrovsky LLC ("CKO"). I am one of the attorneys representing Stephen H. Fishburn and Lisa K. Fishburn (the "Debtors") in this Chapter 7 matter.

2. I have personal knowledge of the facts related to the Debtors' Motion to Vacate Discharge re Ameriquest Mortgage.

3. I can testify that I have informed the Debtors about the implications of a reaffirmation agreement and against my advice, the Debtors have asked me to present this motion to the court.

DECLARATION IN SUPPORT OF MOTION TO
VACATE DISCHARGE RE AMERIQUEST MORTGAGE - 1
F:\1A-CKO Client Files\Fishburn\Vacate Discharge re Ameriquest Mortgage - Decl.doc

CROCKER KUNO
OSTROVSKY LLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1853
P) 206-624-9894
F) 206-624-8598

3. Ameriquest filed a reaffirmation agreement (Exhibit A hereto) on or about October 14, 2005. I assisted my client to facilitate the reaffirmation, but I did not sign it.

I declare, under penalty of perjury, under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 8th day of November, 2005.

*/s/ Christina Latta*
Christina Latta

DECLARATION IN SUPPORT OF MOTION TO
VACATE DISCHARGE RE AMERIQUEST MORTGAGE - 2
F:\1A-CKO Client Files\Fishburn\Vacate Discharge re Ameriquest Mortgage - Decl.doc

CROCKER KUNO OSTROVSKY LLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1853
P) 206-624-9894
F) 206-624-8598