## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

SAMUEL J. STEINER
Bankruptcy Judge

700 Stewart Street

Seattle, Washington 98101

Tel. 370-5300

March 17, 2006

Mr. Stephen Fishburn
23235 SE 267th Lane
Maple Valley, WA 98038

Re: Chapter 7 No. 04-23129

Dear Mr. Fishburn:

I have received your letter regarding the status of the chapter 7 case which you and your wife filed in October, 2004. Your discharge, which was entered on February 7, 2005, remains effective as of that date. The motion filed by your attorney to vacate the discharge was stricken without being heard. The Court docket, which is the official record of all pleadings and other documents filed in your case, cannot be altered. The case will be closed following the disposition of Mr. Tracy's motion to withdraw as your attorney.

Sincerely,

**LYNNE BROWN ELLIS**
The Hon. Samuel J. Steiner